No. D–2043. IN RE DISBARMENT OF REA. Peter H. Rea, of Branson, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2044. IN RE DISBARMENT OF MCCALLUM. William C. McCallum, of Framingham, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2045. IN RE DISBARMENT OF HOLLANDER. David Stephen Hollander, of Boca Raton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–41. BISCHOF v. UNITED STATES; and

No. M–42. RUIZ-RIVERA v. DEPARTMENT OF EDUCATION ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 97–1732. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM ET AL. v. FELZEN ET AL., *ante*, p. 315. Motion of respondents for an order respecting costs denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 97–1927. HANLON ET AL. v. BERGER ET UX. C. A. 9th Cir. [Certiorari granted, *ante*, p. 981]; and

No. 98–83. WILSON ET AL. v. LAYNE, DEPUTY UNITED STATES MARSHAL, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 981.] Motion of the parties respecting oral argument granted, and the time is allotted as follows: 20 minutes for petitioners Hanlon et al. in No. 97–1927 and federal respondents Layne et al. in No. 98–83; 10 minutes for state respondents in No. 98–83; 15 minutes for respondents Berger et ux. in No. 97–1927; and 15 minutes for petitioners Wilson et al. in No. 98–83.